# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, INC., IMPAX LABORATORIES, INC., MYLAN INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., and ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>　　　　*Defendants*. | Civil Action No. 2:16-cv-06058 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff UFCW Local 1500 Welfare Fund, by and through its undersigned counsel, voluntarily dismisses defendant Impax Laboratories, Inc. ("Impax") from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees. Impax has not appeared in this action and has not answered Plaintiff's complaint or moved for summary judgment. No class has been certified.

**Dated**: December 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Gregory S. Asciolla*
　　　　　　　　　　　　　　　　　　　　　　GREGORY S. ASCIOLLA
　　　　　　　　　　　　　　　　　　　　　　JAY L. HIMES
　　　　　　　　　　　　　　　　　　　　　　ROBIN A. VAN DER MEULEN
　　　　　　　　　　　　　　　　　　　　　　MATTHEW J. PEREZ
　　　　　　　　　　　　　　　　　　　　　　**LABATON SUCHAROW LLP**
　　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 907-0700

Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

**FINE, KAPLAN AND BLACK, R.P.C.**
ROBERTA D. LIEBENBERG
PAUL COSTA
ADAM J. PESSIN
One South Broad Street, Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Counsel for Plaintiff UFCW Local 1500 Welfare Fund*

## CERTIFICATE OF SERVICE

I, Gregory S. Asciolla, hereby certify this 29th day of December 2016 that a copy of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically with the Clerk of the Court using the CM/ECF system, which automatically sent notification of the filing to the Filing Users listed on the Court's Case List for CM/ECF services. Parties may access this filing through the Court's electronic filing system.

Service was effectuated on counsel for defendant Impax Laboratories, Inc. by emailing a copy of the filing to the following:

Nicole L. Castle
MCDERMOTT WILL & EMERY
340 Madison Avenue
New York, NY 10173
ncastle@mwe.com

/s/Gregory S. Asciolla
Gregory S. Asciolla
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com