IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UFCW LOCAL 1500 WELFARE FUND | : | CIVIL ACTION |
| On behalf of itself and all others similarly situated, | : | |
| Plaintiffs, | : | No. 16-6058 |
| v. | : | |
| DR. REDDY'S LABORATORIES, INC. et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of January, 2017, upon consideration of the Application to Admit Edward D. Hassi, Esquire, *Pro Hac Vice* for Par Pharmaceutical Companies, Inc. (Doc. No. 37), **it is HEREBY ORDERED that the Application is DENIED WITHOUT PREJUDICE** for failure to comply with Section I.F of the Court's General Pretrial and Trial Procedures.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Judge Pratter's General Pretrial and Trial Procedures are available on the Judges' Procedures page of the website for the United States District Court for the Eastern District of Pennsylvania (https://www.paed.uscourts.gov/), or directly at https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.