**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UFCW LOCAL 1500 WELFARE FUND** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 16-6058** |
| **DR. REDDY'S LABORATORIES, INC.** | : | |
| et al., | : | |
| *Defendants.* | : | |

| | | |
|---|---|---|
| **PHILADELPHIA FEDERATION OF** | : | |
| **TEACHERS HEALTH AND** | : | **CIVIL ACTION** |
| **WELFARE FUND** | : | |
| *Plaintiff,* | : | **No. 16-6322** |
| v. | : | |
| | : | |
| **DR. REDDY'S LABORATORIES, INC.** | : | |
| et al., | : | |
| *Defendants.* | : | |

| | | |
|---|---|---|
| **FWK HOLDINGS, L.L.C.** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 16-6633** |
| **DR. REDDY'S LABORATORIES, INC.** | : | |
| et al., | : | |
| *Defendants.* | : | |

| | | |
|---|---|---|
| **FRATERNAL ORDER OF POLICE,** | : | |
| **MIAMI LODGE 20,** | : | **CIVIL ACTION** |
| **INSURANCE TRUST FUND** | : | |
| *Plaintiff,* | : | **No. 16-6668** |
| v. | : | |
| | : | |
| **DR. REDDY'S LABORATORIES, INC.** | : | |
| et al., | : | |
| *Defendants.* | : | |

**CESAR CASTILLO, INC.**          :
        *Plaintiff*,          :          **CIVIL ACTION**
  **v.**          :
                  :          **No.  16-6685**
**DR. REDDY'S LABORATORIES, INC.**   :
**et al.,**          :
        *Defendants*.          :

# ORDER

**AND NOW**, this 3rd day of January, 2017, following today's Initial Pretrial Conference, **it is hereby ORDERED that:**

1. The above-captioned cases, Civil Action Nos. 16-6058, 16-6322, 16-6633, 16-6668, and 16-6685 shall be consolidated under Civil Action No. 16-6058.  All parties are directed to file documents related to the above-captioned cases under Civil Action No. 16-6058.

2. The Clerk of Court shall transfer all documents filed under Civil Action Nos. 16-6322, 16-6633, 16-6668, and 16-6685 to Civil Action No. 16-6058, and shall mark Civil Action Nos. 16-6322, 16-6633, 16-6668, and 16-6685 **CLOSED** for statistical purposes.

3. Responsive dates in the above-captioned cases are **STAYED** pending further order of the Court.

                                      BY THE COURT:

                                      S/Gene E.K. Pratter
                                      GENE E.K. PRATTER
                                        UNITED STATES DISTRICT JUDGE