IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UFCW LOCAL 1500 WELFARE FUND<br>On behalf of itself and all others similarly situated, | : : : : | CIVIL ACTION |
| *Plaintiffs*, | : | No. 16-6058 |
| v. | : : | |
| DR. REDDY'S LABORATORIES, INC. et al., | : : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 5th day of January, 2017, **it is HEREBY ORDERED** that the Clerk of Court shall designate as parties in Civil Action No. 16-6058 all parties from any of Civil Action Nos. 16-6322, 16-6633, 16-6668, or 16-6685.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1