IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND<br><br>   *Plaintiff,*<br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>No. 16-6058 |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND<br><br>   *Plaintiff,*<br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>No. 16-6322 |
| FWK HOLDINGS, L.L.C.<br><br>   *Plaintiff,*<br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>No. 16-6633 |
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, CIVIL ACTION INSURANCE TRUST FUND<br><br>   *Plaintiff,*<br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>No. 16-6668 |

163422

| | |
|---|---|
| CESAR CASTILLO, INC.<br>　　　　　　*Plaintiff,*<br>　v.<br>DR. REDDY'S LABORATORIES, INC., et al.,<br>　　　　　　*Defendants.* | CIVIL ACTION<br><br>No. 16-6685 |
| This Document Relates To: | *FWK Holdings, L.L.C. v. Dr. Reddy's Laboratories, Inc.*, No. 16-6633 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff FWK Holdings, L.L.C. ("Plaintiff"), by and through its undersigned counsel, voluntarily dismisses Defendant Impax Laboratories, Inc. ("Impax") from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees. Impax has not appeared in this action and has not answered Plaintiff's complaint or moved for summary judgment, and no class has been certified.

Date: January 11, 2017

/s/ *William E. Hoese*
Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com
chillwig@kohnswift.com

163422

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan
Richard J. Kilsheimer
Jeffrey P. Campisi
Joshua H. Saltzman
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
rkaplan@kaplanfox.com
rkilsheimer@kaplanfox.com
jcampisi@kaplanfox.com
jsaltzman@kaplanfox.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol
David S. Nalven
Lauren Guth Barnes
Kiersten Taylor
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617-482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
lauren@hbsslaw.com
kierstent@hbsslaw.com

-and-

VANEK, VICKERS & MASINI P.C.
Joseph M. Vanek
David P. Germaine
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
Jvanek@vaneklaw.com
Dgermaine@vaneklaw.com

*Attorneys for Plaintiff*

163422

## CERTIFICATE OF SERVICE

    I, William E. Hoese, hereby certify that on January 11, 2017, the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically with the Court's ECF system, which sends electronic notice to the following:

| | |
|---|---|
| MARC H. EDELSON | medelson@edelson-law.com |
| JOSEPH C. KOHN | jkohn@kohnswift.com |
| JOSEPH E. WOLFSON | jwo@stevenslee.com<br>lmw@stevenslee.com |
| BRIAN T. FEENEY | feeneyb@gtlaw.com<br>pintob@gtlaw.com<br>stanleys@gtlaw.com |
| NATALIE FINKELMAN BENNETT | nfinkelman@sfmslaw.com<br>pleadings@sfmslaw.com<br>smoss@sfmslaw.com |
| JAYNE A. GOLDSTEIN | jgoldstein@sfmslaw.com<br>pleadings@sfmslaw.com |
| WILLIAM M. CONNOLLY | william.connolly@dbr.com<br>julie.miller@dbr.com |
| CRAIG W. HILLWIG | chillwig@kohnswift.com<br>cmansor@kohnswift.com<br>info@kohnswift.com |
| BART D. COHEN | bcohen@nussbaumpc.com |
| ROBERTA D. LIEBENBERG | rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>nblakeslee@finekaplan.com |
| ROGER B. KAPLAN | kaplanr@gtlaw.com<br>donatod@gtlaw.com<br>vannostranda@gtlaw.com |
| LIBERATO P. VERDERAME | LVerderame@edelson-law.com |

163422

| | |
|---|---|
| PAUL COSTA | pcosta@finekaplan.com<br>akatzman@finekaplan.com<br>eborzillo@finekaplan.com<br>nblakeslee@finekaplan.com<br>shufnagel@finekaplan.com |
| GREGORY S. ASCIOLLA | gasciolla@labaton.com<br>electroniccasefiling@labaton.com |
| SETH C. SILBER | ssilber@wsgr.com<br>ageritano@wsgr.com |
| JEFFREY C. BANK | jbank@wsgr.com |
| MATTHEW J. PEREZ | mperez@labaton.com<br>sredman@labaton.com |
| JAY L. HIMES | jhimes@labaton.com |
| KARIN E. GARVEY | kgarvey@labaton.com |
| ADAM PESSIN | apessin@finekaplan.com |
| ALEXANDER B. BOWERMAN | alexander.bowerman@hoganlovells.com |
| CHUL PAK | cpak@wsgr.com<br>ageritano@wsgr.com<br>fcookenboo@wsgr.com |
| RUDI JULIUS | rjulius@labaton.com<br>lmehringer@labaton.com<br>sredman@labaton.com |
| ROBIN VAN DER MEULEN | rvandermeulen@labaton.com<br>lmehringer@labaton.com<br>sredman@labaton.com |
| DOUGLAS A. ABRAHAMS | dabrahams@kohnswift.com<br>jburt@kohnswift.com |
| WILLIAM E. HOESE | whoese@kohnswift.com<br>jburt@kohnswift.com |

163422

Service was effectuated on counsel for defendant Impax Laboratories, Inc. by emailing a copy of the filing to the following:

>Nicole L. Castle
>MCDERMOTT WILL & EMERY
>340 Madison Avenue
>New York, NY 10173
>ncastle@mwe.com

>/s/ William E. Hoese
>William E. Hoese

163422