# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND, on behalf of itself and all other similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>*Defendants.* | Civil Action No: 2:16-cv-06058-GEKP |
| This document relates to:<br><br>All consolidated cases | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## DR. REDDY'S LABORATORIES, INC., PURSUANT TO FED. R. CIV. P. 7.1

Defendant Dr. Reddy's Laboratories, Inc., is a wholly owned subsidiary of Dr. Reddy's Laboratories, S.A.  Dr. Reddy's Laboratories, S.A. is a wholly owned subsidiary of Dr. Reddy's Laboratories Ltd.  Dr. Reddy's Laboratories Ltd. is a publicly held corporation, and no publicly held corporation owns 10% or more of the stock of Dr. Reddy's Laboratories Ltd.

Dated: January 11, 2017         By:    */s/ Brian T. Feeney*
                                                  GREENBERG TRAURIG, LLP
                                                  1700 Two Commerce Square
                                                  2001 Market Street, Philadelphia, PA 19103
                                                  Tel: (215) 988-7812
                                                  Fax: (215) 717-5265
                                                  feeneyb@gtlaw.com

                                                  Roger B. Kaplan
                                                  Jason Kislin
                                                  Aaron Van Nostrand
                                                  GREENBERG TRAURIG, LLP
                                                  500 Campus Drive, Suite 400
                                                  Florham Park, NJ 07932-0677

Tel: (973) 360-7957
Fax: (973) 295-1257
kaplanr@gtlaw.com
vannostranda@gtlaw.com
kislinj@gtlaw.com

James I. Serota
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-2277
Fax: (212) 224-6155
serotaj@gtlaw.com

*Attorneys for Defendant
Dr. Reddy's Laboratories, Inc.*