IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND,<br>                    Plaintiff,<br>         v.<br>DR. REDDY'S LABORATORIES, INC., et al.<br>                    Defendants, | CIVIL ACTION<br><br>No.  16-6058 |
| This document relates to:<br><br>FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND<br>                    Plaintiff,<br>         v.<br>DR. REDDY'S LABORATORIES, INC., et al.<br>                    Defendants. | CIVIL ACTION<br><br>No. 16-6668 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, by and through its undersigned counsel, voluntarily dismisses Defendant, Impax Laboratories, Inc. ("Impax") from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees.  Impax has not appeared in this action and has not answered Plaintiff's complaint or moved for summary judgment.  No class has been certified.

Dated:  January 12, 2017            SHEPHERD, FINKELMAN, MILLER
                                      & SHAH, LLP

                                    */s/Jayne A. Goldstein*
                                    Jayne A. Goldstein (Pa ID 48048)
                                    35 E. State Street
                                    Media, PA  19063
                                    Telephone: (610) 891-9880

Facsimile: (866) 300-7367
E-mail: jgoldstein@sfmslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

                                                   */s/Jayne A. Goldstein*