IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UFCW LOCAL 1500 WELFARE FUND | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | |
| | : | No. 16-6058 |
| DR. REDDY'S LABORATORIES, INC., et al., | : | |
| *Defendants.* | : | |
| | | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND | : | CIVIL ACTION |
| *Plaintiff,* | : | No. 16-6322 |
| v. | : | |
| DR. REDDY'S LABORATORIES, INC., et al., | : | |
| *Defendants.* | : | |
| | | |
| FWK HOLDINGS, L.L.C. | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 16-6633 |
| DR. REDDY'S LABORATORIES, INC., et al., | : | |
| *Defendants.* | : | |
| | | |
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, CIVIL ACTION INSURANCE TRUST FUND | : | CIVIL ACTION |
| | : | No. 16-6668 |
| *Plaintiff,* | : | |
| v. | : | |
| DR. REDDY'S LABORATORIES, INC., et al., | : | |
| *Defendants.* | : | |

| | |
|---|---|
| CÉSAR CASTILLO, INC.,<br><br>            *Plaintiff*,<br>    v.<br><br>DR. REDDY'S LABORATORIES INC., et al.,<br><br>            *Defendants*. | :<br>:<br>: CIVIL ACTION<br>:<br>: No. 16-6685<br>:<br>:<br>:<br>: |
| This Document Relates to: | *César Castillo, Inc. v. Dr. Reddy's Laboratories, Inc.*, No. 16-6685 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff César Castillo, Inc. ("Plaintiff"), by and through its undersigned counsel, voluntarily dismisses Defendant Impax Laboratories, Inc. ("Impax") from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees.  Impax has not appeared in this action and has not answered Plaintiff's complaint or moved for summary judgment, and no class has been certified.

Dated: January 19, 2017

                                        NUSSBAUM LAW GROUP, P.C.

                                        By:      /s/ Bart D. Cohen
                                            Linda P. Nussbaum
                                            Bart D. Cohen
                                            Bradley J. Demuth
                                            1211 Avenue of the Americas, 40th Floor
                                            New York, NY 10036
                                            (917) 438-9102
                                            lnussbaum@nussbaumpc.com
                                            bcohen@nussbaumpc.com
                                            bdemuth@nussbaumpc.com

                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bart D. Cohen, hereby certify this 19th day of January 2017 that a copy of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically with the Clerk of the Court using the CM/ECF system, which automatically sent notification of the filing to the Filing Users listed on the Court's Case List for CM/ECF services. Parties may access this filing through the Court's electronic filing system.

Service was effectuated on counsel for defendant Impax Laboratories, Inc. by emailing a copy of the filing to the following:

> Nicole L. Castle
> MCDERMOTT WILL & EMERY
> 340 Madison Avenue
> New York, NY 10173
> ncastle@mwe.com

/s/ Bart D. Cohen
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel: (917) 438-9102